UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
8/13/08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

JADE M. COLLINS

CASE NO. 3:08-cr-278-J-20MCR
Ct. 1: 18 U.S.C. § 641
Forfeiture: 18 U.S.C. § 981(a)(1)(C)
and 28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about November 18, 2007 until on or about November 19, 2007, at or near Jacksonville and Mayport, Florida, Duval County, in the Middle District of Florida,

JADE M. COLLINS

the defendant herein, did knowingly and willfully embezzle, steal and convert to her own use, property of the United States and a department and agency thereof, namely, merchandise belonging to the United States Navy Exchange Command, of a value in excess of $1000.00.

In violation of Title 18, United States Code, Section § 641.

## FORFEITURES

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant

to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. From her engagement in the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant

JADE M. COLLINS

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of her interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations, including but not limited to the

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under

the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_Marie C. Smith_
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _[signature]_
RONALD D. DESANTIS
Special Assistant United States Attorney

By: _[signature]_
FRANK M. TALBOT
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JADE M. COLLINS

## INDICTMENT

Violations:

18 U.S.C. § 641

A true bill,

_Marie C. Smith_
Foreperson

Filed in open court this _13_ day

of ~~July~~ August, A.D. 2008.

_August_  _Di__ ardruk_
Clerk

Bail $_____